IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUSTAVO GROSS | § § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO. B-23-CV-025 |
| NATIONAL GENERAL INSURANCE CO. | § § § | |
| Defendant | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On the _____ day of _____, 2023, this Court considered the Motion to Dismiss filed by Defendant National General Insurance Company ("this motion"). After considering this motion, any responses and/or replies thereto, the evidence before the Court, and/or the arguments of counsel, this Court is of the opinion that this motion is meritorious and should be GRANTED in all respects.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action that were asserted, or that could have been asserted, by Plaintiff against Defendant are dismissed with prejudice.

All parties shall bear their own costs and expenses.

All relief sought by any party against any other party that is not explicitly granted in this Order is DENIED.

This is a final judgment that adjudicates all claims of all parties and is appealable.

Signed on this _____ day of _____, 2023.

_____
PRESIDING JUDGE

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above document has been served upon all parties in accordance with the Texas Rules of Civil Procedure on this the 27th day of February, 2023.

                              /s/ Joseph R. Little  
                              Joseph R. Little